BOBBI HARRIGAN O/B/O MATTHEW SURGENOR, ROBERT SURGENOR, AND CATHY SURGENOR

VERSUS

DR. WILLIAM RISHER AND UNIVERSITY MEDICAL CENTER - NEW ORLEANS

\* NO. 2025-CA-0309

\* COURT OF APPEAL

\* FOURTH CIRCUIT

\* STATE OF LOUISIANA

\*

\*

\* \* \* \* \* \* \*

*TGC*  CHASE, J., CONCURS IN THE RESULT